IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KINGRALE COLLINS
ADC #102818 PETITIONER

v. No. 4:26-cv-653-DPM

R. TODD BALL, Warden and
DEXTER PAYNE, Director RESPONDENTS

# ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Collins's § 2254 petition will be dismissed without prejudice for lack of jurisdiction. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026