**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KINGRALE COLLINS**
**ADC #102818** — **PETITIONER**

**v.** — **No. 4:26-cv-653-DPM**

**R. TODD BALL, Warden and**
**DEXTER PAYNE, Director** — **RESPONDENTS**

# JUDGMENT

Collins's § 2254 petition, *Doc. 1*, is dismissed without prejudice for lack of jurisdiction.

D.P. Marshall Jr.
United States District Judge

1 September 2026